United States District Court
For the District of Columbia

**FILED**

JUN - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DOW JONES REUTERS BUSINESS       :
INTERACTIVE, LLC d/b/a FACTIVA,  :
                                 :
            Plaintiff            :
                                 :
    vs.                          :   Civil Acti    CASE NUMBER    1:06CV01015
                                 :
ABLAISE LTD. and GENERAL         :                 JUDGE: Gladys Kessler
INVENTORS INSTITUTE A, INC.      :
                                 :                 DECK TYPE: General Civil
            Defendant            :
                                                   DATE STAMP: 06/01/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA, which have any outstanding securities in the hands of the public:

> Dow Jones and Co., Inc.

> Reuters Group, PLC

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

Creighton R. Magid (DCB# 476961)
DORSEY & WHITNEY LLP
Suite 400 North
1001 Pennsylvania Avenue NW
Washington, DC 20004-2505
Tel: (202) 442-3000