UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA,**<br><br>Plaintiff,<br><br>v.<br><br>**ABLAISE LTD,**<br><br>and<br><br>**GENERAL INVENTIONS INSTITUTE A, INC.,**<br><br><u>     Defendants.     </u> | )<br>)<br>) Civil Action No. 1:06CV01015 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTIFICATION OF RELATED CASE

Plaintiff Dow Jones Reuters Business Interactive, LLC d/b/a Factiva, pursuant to LCvR 40.5(b)(3), hereby identifies the following related case: *Dow Jones & Company, Inc. v. Ablaise Ltd. and General Inventions Institute A, Inc.*, 1:06CV01014, which has been assigned to Judge Robertson.

Dated: June 2, 2006

Respectfully submitted,

DORSEY & WHITNEY LLP

*/s/ Creighton R. Magid*

Creighton R. Magid (DC# 476961)
1001 Pennsylvania Avenue, NW
Suite 400 North
Washington, DC 20004-2505
Tel: (202) 442-3000
Fax: (202) 442-3199
magid.chip@dorsey.com

Devan V. Padmanabhan
Sri K. Sankaran
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Tel: (612) 340-2600
Fax: (612) 340-8856

*Attorneys for Plaintiff*
*Dow Jones Reuters Business*
*Interactive, LLC d/b/a Factiva*