IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA )<br>)<br>)<br>      Plaintiff,                                                                  )<br>)<br>v.                                                                                        )<br>)<br>ABLAISE LTD. and                                                          )<br>GENERAL INVENTIONS INSTITUTE A, INC.   )<br>)<br>      Defendants.                                                              )<br>_____) | Civil Action No. 1:06cv01015<br><br>Judge:  Gladys Kessler<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE REGARDING RULE LCvR 7.1

I, the undersigned counsel of record for <u>Defendants Ablaise Ltd. and General Inventions Institute A, Inc.</u>, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Defendant Ablaise Ltd.</u> which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

/s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Of Counsel:

2

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
Ph:  (312) 236-0733
Fx:  (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Certificate Regarding Rule LCvR 7.1 was served this 7th day of September, 2006 via electronic means and first class mail, postage prepaid to the following:

>Creighton R. Magid
>Dorsey & Witney LLP
>1001 Pennsylvania Avenue, N.W.
>Suite 400 North
>Washington, D.C. 20004
>Ph: (202) 442-3000
>Fx: (202) 442-3199
>
>
>Devan V. Padmanabhan
>Sri K. Sankaran
>50 South Sixth Street, Suite 1500
>Minneapolis, MN 55402
>Ph: (612) 340-2600
>Fx: (612) 340-8856
>
>Attorneys for Plaintiff

                                                  /s/ Amy S. Owen
                                                  Amy S. Owen