IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA      ) ) ) | |
| Plaintiff,      ) ) | Civil Action No. 1:06cv01015 |
| v.      ) ) | Judge: Gladys Kessler |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.      ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants.      ) ) ) | |

## CERTIFICATE REGARDING RULE LCvR 7.1

I, the undersigned counsel of record for <u>Defendants Ablaise Ltd. and General Inventions Institute A, Inc.</u>, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Defendant General Inventions Institute A, Inc.</u> which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

       /s/  Amy S. Owen       
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Of Counsel:

2

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fx: (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Certificate Regarding Rule LCvR 7.1 was served this 7th day of September, 2006 via electronic means and first class mail, postage prepaid to the following:

      Creighton R. Magid
      Dorsey & Witney LLP
      1001 Pennsylvania Avenue, N.W.
      Suite 400 North
      Washington, D.C. 20004
      Ph:  (202) 442-3000
      Fx:  (202) 442-3199

      Devan V. Padmanabhan
      Sri K. Sankaran
      50 South Sixth Street, Suite 1500
      Minneapolis, MN 55402
      Ph:  (612) 340-2600
      Fx:  (612) 340-8856

      Attorneys for Plaintiff

          /s/  Amy S. Owen
      Amy S. Owen