IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06cv01015 |
| v. | ) ) | Judge: James Robertson |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC. | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Thomas G. Scavone of Niro, Scavone, Haller & Niro, to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Thomas G. Scavone is a member of the law firm of Niro, Scavone, Haller & Niro, which maintains offices at 181 W. Madison St., Ste. 4600, Chicago, Illinois, (312) 236-0733;

(2) Mr. Scavone is admitted to practice before among others, the United States District Court for the Northern District of Illinois and is a member in good standing of the Illinois Bar.

(3) Attached hereto is a declaration executed by Mr. Scavone;

(4) The Movant requests that this Court allow this Motion so that Mr. Scavone may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Thomas G. Scavone to appear in this proceeding.

        Respectfully submitted,

        _____/s/  Amy S. Owen_____
        Amy S. Owen, Esq. #411601
        Ben Selan, Esq. #495232
        Cochran & Owen, LLC
        8000 Towers Crescent Drive, Suite 160
        Vienna, Virginia 22182
        Ph:  (703) 847-4480
        Fx:  (703) 847-4499

Of Counsel:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Ste. 4600
Chicago, IL 60602
Ph:  (312) 236-0733
Fx:  (312) 236-3137

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 19th day of September, 2006 via electronic means and first class mail, postage prepaid, to the following:

          Creighton R. Magid
          Dorsey & Witney LLP
          1001 Pennsylvania Avenue, N.W.
          Suite 400 North
          Washington, D.C. 20004
          Ph:  (202) 442-3000
          Fx:  (202) 442-3199


          Devan V. Padmanabhan
          Sri K. Sankaran
          50 South Sixth Street, Suite 1500
          Minneapolis, MN 55402
          Ph:  (612) 340-2600
          Fx:  (612) 340-8856

          Attorneys for Plaintiff


                      /s/  Amy S. Owen
                  Amy S. Owen