IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC d/b/a FACTIVA )<br>  )<br>           Plaintiff,        )<br>  )<br>v.   )<br>  )<br>ABLAISE LTD. and    )<br>GENERAL INVENTIONS INSTITUTE A, INC.  )<br>  )<br>           Defendants.    )<br>_____ ) | Civil Action No. 1:06cv01015<br><br>Judge:  James Robertson<br><br>**JURY TRIAL DEMANDED** |

ORDER AUTHORIZING PRO HAC VICE ADMISSION

Upon the Motion of Amy S. Owen, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of Columbia, seeking the entry of an Order permitting Thomas G. Scavone of Niro, Scavone, Haller & Niro, to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Ablaise, Ltd. And General Inventions Institute A, Inc. in this proceeding, and upon the declaration of Thomas G. Scavone, and for good cause appearing therefore;

IT IS on this _____ day of September, 2006;

ORDERED, that Thomas G. Scavone, of the firm of Niro, Scavone, Haller & Niro, which maintains offices at 181 W. Madison St., Ste. 4600, Chicago, IL 60602, be and hereby is granted admission to appear pro hac vice in this proceeding.

_____
United States District Court Judge