IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:06cv01015 |
| v. | ) ) | Judge: James Robertson |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC. | ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) ) | |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectively moves the Court to enter an Order permitting Matthew G. McAndrews of Niro, Scavone, Haller & Niro, to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Matthew G. McAndrews is a member of the law firm of Niro, Scavone, Haller & Niro, which maintains offices at 181 W. Madison St., Ste. 4600, Chicago, Illinois, (312) 236-0733;

(2) Mr. McAndrews is admitted to practice before among others, the United States District Court for the Central District of Illinois and is a member in good standing of the Illinois Bar.

(3) Attached hereto is a declaration executed by Mr. McAndrews;

(4)     The Movant requests that this Court allow this Motion so that Mr. McAndrews may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Matthew G. McAndrews to appear in this proceeding.

        Respectfully submitted,

        _____/s/ Amy S. Owen_____
        Amy S. Owen, Esq. #411601
        Ben Selan, Esq. #495232
        Cochran & Owen, LLC
        8000 Towers Crescent Drive, Suite 160
        Vienna, Virginia 22182
        Ph:  (703) 847-4480
        Fx:  (703) 847-4499

        Of Counsel:

        Thomas G. Scavone
        Matthew G. McAndrews
        NIRO, SCAVONE, HALLER & NIRO
        181 W. Madison St., Ste. 4600
        Chicago, IL 60602
        Ph:  (312) 236-0733
        Fx:  (312) 236-3137

        Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant To Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 19th day of September, 2006 via electronic means and first class mail, postage prepaid, to the following:

      Creighton R. Magid
      Dorsey & Witney LLP
      1001 Pennsylvania Avenue, N.W.
      Suite 400 North
      Washington, D.C. 20004
      Ph: (202) 442-3000
      Fx: (202) 442-3199


      Devan V. Padmanabhan
      Sri K. Sankaran
      50 South Sixth Street, Suite 1500
      Minneapolis, MN 55402
      Ph: (612) 340-2600
      Fx: (612) 340-8856

      Attorneys for Plaintiff


          /s/ Amy S. Owen
      Amy S. Owen