UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES REUTERS BUSINESS          :
INTERACTIVE, LLC, d/b/a FACTIVA     :
                                    :
    Plaintiff,                      :
                                    :
  v.                                : Civil Action No. 06-1015 (JR)
                                    :
ABLAISE LTD., *et al.*,             :
                                    :
    Defendants.                     :

### SCHEDULING ORDER

After an initial scheduling conference held in chambers November 1, 2006, it is **ORDERED** that plaintiff may have until December 22, 2006, to file its Markman brief; that defendants may have until March 21, 2007, to file their response; that plaintiff may have until April 11, 2007, to file any reply; that defendants may have until April 25, 2007, to file any surreply; and that a Markman hearing is **set for May 3, 2007, at 10:00 a.m.**  Discovery is **stayed until further order of the Court.**


                                                JAMES ROBERTSON
                                 United States District Judge