UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Albaise Ltd. and General Inventors Institute A, Inc.<br><br>    Defendants. | CASE NUMBER 06-1014 (JR) |
| Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva,<br><br>    Plaintiff,<br><br>v.<br><br>Albaise Ltd. and General Inventors Institute A, Inc.<br><br>    Defendants. | CASE NUMBER 06-1015 (JR) |

## [PROPOSED] AMENDED SCHEDULING ORDER

It is ORDERED that Plaintiffs in the two above-referenced actions may have until January 5, 2007, to file a single consolidated Markman brief; that Defendants may have until April 4, 2007 to file their response; that Plaintiffs may have until April 25, 2007 to file their reply; that Defendants may have until May 9, 2007, to file any surreply; and that a Markman hearing is set for May ____, 2007 at _____. Discovery continues to be **stayed until further order of the Court.**

                                  _____
                                  JAMES ROBERTSON
                                  United States District Judge

-2-

COPIES TO:

Creighton R. Magid, Esquire
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20004-2505

Steven Lieberman, Esquire
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W., Suite 800
Washington, D.C. 20005

Amy S. Owen, Esquire
Cochran & Owen
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182

Thomas G. Scavone, Esquire
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602