**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) | |
| 200 Liberty St. ) | |
| New York, New York 10281 ) | |
| ) | **Civil Action No. 1:06CV01014** |
| Plaintiff, ) | |
| v. ) | **Judge James Robertson** |
| ) | |
| ABLAISE LTD ("Ablaise") ) | |
| 40 Queen Anne Street ) | |
| London W1G 9EL, ) | |
| United Kingdom ) | |
| and ) | |
| GENERAL INVENTIONS ) | |
| INSTITUTE A, INC., ("GIIA") ) | |
| Craigmuir Chambers, P.O. Box 71 ) | |
| Town Road ) | |
| Tortola, British Virgin Islands ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| DOW JONES REUTERS ) | |
| BUSINESS INTERACTIVE, LLC. ) | |
| 200 Liberty St. ) | |
| New York, New York 10281 ) | |
| ) | **Civil Action No. 1:06CV01015** |
| Plaintiff, ) | |
| v. ) | **Judge James Robertson** |
| ) | |
| ABLAISE and GIIA ) | |
| Defendants. ) | |

**MOTION OF PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS BUSINESS INTERACTIVE, LLC CONCERNING CLAIM CONSTRUCTION**

Pursuant to this Court's Orders of November 3, 2006 and December 28, 2006,

**PLAINTIFFS DOW JONES & COMPANY, INC. AND DOW JONES REUTERS**

**BUSINESS INTERACTIVE, LLC** hereby move for a <u>Markman</u> Order construing the claims of

the patents-in-suit in accordance with the accompanying Brief.

ROTHWELL, FIGG, ERNST & MANBECK

/s/ Steven Lieberman
Steven Lieberman (439783)
Joseph A. Hynds  (440464)
Brian Rosenbloom (461413)
1425 K Street, NW; Suite 800
Washington, DC  20005
Tel: (202) 783-6040
*Attorneys for Plaintiff*
*Dow Jones & Company, Inc.*

DORSEY & WHITNEY, L.L.P.

/s/ Creighton R. Magid
Creighton R. Magid (476961)
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
Tel: (202) 442-3555
*Attorneys for Plaintiff*
*Dow Jones Reuters Business Interactive, LLC*

January 5, 2007