RECEIVED
CENTRAL FAX CENTER

FEB 25 2005

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

RITCHIE et al

Appl. No. 09/920,803

Filed: August 3, 2001

For: SERVING SIGNALS

Atty. Ref.: 1561-77; Confirmation No. 7837

TC/A.U. 2175

Examiner: C. Rones

BEST AVAILABLE COPY

\* \* \* \* \* \* \* \* \*

February 25, 2005

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

<u>VIA FACSIMILE – 703-872-9306</u>

Sir:

<u>SUPPLEMENTAL AMENDMENT</u>

Further to the amendment/response filed January 12, 2005, please further amend the above-identified application as shown below:

NIXON & VANDERHYE        Fax:703-816-4100        Feb 25 2005  1:21        P.04

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

**BEST AVAILABLE COPY**

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior versions, and listings, of claims in the application:

1. Cancelled.

2. (Previously Presented) A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device, said serving device comprising:

   a user database comprising data relating to user preferences determined from a history of usage by users;

   identifying means for identifying requests from browsing devices that define a request for specified content data and a user identifier;

   data storage means storing content data; and

   processing means configured such that, in response to said identifying means identifying a request for specified content data, said processing means:

   (a) reads specified user data from said user database, such that said specified user data corresponds to a received user identifier;

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

    (b)    selects content data from said storage means in dependence of the content data specified in a request received by said identifying means and said specified user data read from said database;

    (c)    receives format identifiers identifying the type of formatting required;

    (d)    executes a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received; and

    (e)    executes a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

such that viewable data is served to a browser for display with locations of said text and/or graphics which depends upon the particular format identifier received by the processing means.

    3.    (Previously Presented) A serving device as in claim 2 wherein said format identifiers are received from browsing devices with said requests for specified content data, such that viewable data is served to a browsing device for display with a first format when a first format identifier is received from said browsing device, and a second format when a second format identifier is received from said browsing device.

4-7. Cancelled.

    8.    (Previously Presented) A serving device as in claim 2 further comprising a text database which has an index and said processing means is further configured to adjust the index

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

of said text database after reading specified user data but before selecting content data such that said selected content data is dependent upon a received user identifier.

9. (Previously Presented) A serving device as in claim 2 further comprising a graphics database which has an index and said processing means is further configured to adjust the index of said graphics database after reading specified user data but before selecting content data such that said selected content data is dependent upon a received user identifier.

10. (Previously Presented) A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device said serving device comprising:

identifying means for identifying requests from browsing devices that define a request for specified content data;

data storage means storing content data;

a function database comprising a plurality of sets of functions including a first set of functions and a second set of functions;

a user database comprising information relating to user preferences; and

processing means configured such that, in response to said identifying means identifying a request for specified data content, said processing means:

(a) reads user preference information from said user database in response to received user identifier;

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

  (b) selects content data from said storage means in dependence of the content data specified in a request received by said identifying means,

  (c) receives format identifiers identifying the type of formatting required,

  (d) selects a set of functions from said function database in dependence upon said received format identifier and said read user information:

  (e) executes a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received, and

  (f) executes a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

such that viewable data is served to a browser for display with locations of said text and/or graphics which depend upon the particular format identifier received by the processing means.

  11. (Previously Presented) A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device, said serving device comprising:

  identifying means for identifying requests from browsing devices that define a request for specified content data;

NIXON & VANDERHYE    Fax:703-816-4100    Feb 25 2005  1:23   P.08

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

data storage means storing content data,

a user database comprising information relating to user preferences;

a function database containing a plurality of sets of functions and an index,

processing means configured such that, in response to said identifying means identifying a request for specified content data, said processing means:

(a)   reads specific user preference information from said user database in response to a received user identifier;

(b)   adjusts the relationship between said index and said sets of functions within said function database in response to said specific user preference information;

(c)   selects content data from said storage means in dependence of the content data specified in a request received by said identifying means,

(d)   receives format identifiers identifying the type of formatting required,

(e)   executes a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first formal identifier is received; and

(f)   executes a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

such that viewable data is served to a browser for display with locations of said text and/or graphics which depend upon the particular format identifier received by the processing means and upon said specific user information.

12.   (Previously Presented) A serving device as in claim 2 wherein said data storage means storing content data is a content database and said serving device further comprises a

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

separate function database comprising a plurality of sets of functions including said first set of functions and said second set of functions, whereby said content database may be edited before said processing means combines said content data with formatting data.

13. (Previously Presented) A serving device as in claim 2 wherein said viewable data is HTML (hypertext markup language) data, and said first and second formatting data comprise of HTML tags.

14. Cancelled.

15. (Previously Presented) A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising:

identifying means for identifying requests from browsing devices that define a request for specified content data;

data storage means storing content data;

function storage means storing executable functions;

a user database comprising information relating to user preferences; and

processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means:

RITCHIE et al.
Appl. No. 09/920,803
February 25, 2005

    (a) reads user preference information from said user database in response to a received user identifier,

    (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means;

    (c) receives format identifiers identifying the type of formatting required;

    (d) selects a set of functions from said function storage means in dependence upon a received format identifier and said read user information; and

    (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data.

16. (Previously Presented) A serving device as in claim 15 wherein said format identifier is received via said identifying means with said request for specified content data, whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received from said browser.

17-18. Cancelled.

19. (Previously Presented) A serving device as in claim 15 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags.

20-21. Cancelled

22. (New) A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device, said method comprising:

    maintaining a user database comprising data relating to user preferences determined from a history of usage by users;

    identifying requests from browsing devices that define a request for specified content data and a user identifier;

    storing content data; and

    in response to identifying a request for specified content data:

    (a)    reading specified user data from said user database, such that said specified user data corresponds to a received user identifier;

    (b)    selecting content data in dependence of the content data specified in a received request and said specified user data read from said database;

    (c)    receiving format identifiers identifying the type of formatting required;

    (d)    executing a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received; and

    (d)    executing a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

such that viewable data is served to a browser for display with locations of said text and/or graphics which depends upon the particular received format identifier.

23.    (New) A method as in claim 22 wherein said format identifiers are received from browsing devices with said requests for specified content data, such that viewable data is served to a browsing device for display with a first format when a first format identifier is received from

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

said browsing device, and a second format when a second format identifier is received from said browsing device.

    24. (New) A method as in claim 22 further comprising maintaining a text database which has an index and adjusting the index of said text database after reading specified user data but before selecting content data such that said selected content data is dependent upon a received user identifier.

    25. (New) A method as in claim 22 further comprising maintaining graphics database which has an index and adjusting the index of said graphics database after reading specified user data but before selecting content data such that said selected content data is dependent upon a received user identifier.

    26. (New) A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device, said method comprising:

    identifying requests from browsing devices that define a request for specified content data;

    storing content data;

    maintaining a function database comprising a plurality of sets of functions including a first set of functions and a second set of functions;

    maintaining a user database comprising information relating to user preferences, and in response to identifying a request for specified data content:

10

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

    (a)    reading user preference information from said user database in response to received user identifier;

    (b)    selecting stored content data in dependence of the content data specified in a received request,

    (c)    receiving format identifiers identifying the type of formatting required,

    (d)    selecting a set of functions from said function database in dependent upon said received format identifier and said read user information:

    (e)    executing a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received; and

    (f)    executing a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received;

such that viewable data is served to a browser for display with locations of said text and/or graphics which depend upon the particular received format identifier.

    27.    (New) A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device, said method comprising:

identifying requests from browsing devices that define a request for specified content data;

storing content data;

maintaining a user database comprising information relating to user preferences;

maintaining a function database containing a plurality of sets of functions and an index,

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

in response to identifying a request for specified content data:

(a) reading specific user preference information from said user database in response to a received user identifier;

(b) adjusting the relationship between said index and said sets of functions within said function database in response to said specific user preference information;

(c) selecting stored content data in dependence of the content data specified in a received request;

(d) receiving format identifiers identifying the type of formatting required,

(e) executing a first set of functions to generate viewable data comprising said selected content data and first formatting data when a first format identifier is received; and

(f) executing a second set of functions to generate viewable data comprising said selected content data and second formatting data when a second format identifier is received,

such that viewable data is served to a browser for display with locations of said text and/or graphics which depend upon the particular received format identifier and upon said specific user information.

28. (New) A method as in claim 22 wherein said stored content data is a content database and a separate function database is maintained comprising a plurality of sets of functions including said first set of functions and said second set of functions, whereby said content database may be edited before combining said content data with formatting data.

29. (New) A method as in claim 22 wherein said viewable data is HTML (hypertext markup language) data, and said first and second formatting data comprise of HTML tags.

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

30. (New) A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said method comprising:

identifying requests from browsing devices that define a request for specified content data;

storing content data;

storing executable functions;

maintaining a user database comprising information relating to user preferences; and

in response to identifying a request for specified content data and a user identifier:

(a) reading user preference information from said user database in response to a received user identifier;

(b) selecting stored content data in dependence upon the content data specified in a received request;

(c) receiving format identifiers identifying the type of formatting required;

(d) selecting a set of stored functions in dependence upon a received format identifier and said read user information; and

(e) executing said set of functions to generate viewable data comprising said selected content data and formatting data.

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

31. (New) A method as in claim 30 wherein said format identifier is received with said request for specified content data, whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received from said browser.

32. (New) A method as in claim 30 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags.

RITCHIE et al
Appl. No. 09/920,803
February 25, 2005

BEST AVAILABLE COPY

### REMARKS/ARGUMENTS

Further consideration of this application is respectfully requested.

Subsequent to filing the amendment/response of January 12, 2005 (filed in response to a non-final Office Action), applicant has noted the absence of method claims in this case and therefore this Supplemental Amendment is filed so as to add new method claims 22-32 which can be seen to be analogous to apparatus claims 2, 3, 8-13, 15, 16 and 19 respectively. These analogous method claims are also believed to be allowable thus still leaving this entire case in allowable condition and a formal Notice to that effect is respectfully solicited.

Respectfully submitted,

NIXON & VANDERHYE P.C.

By: _____
Larry S. Nixon
Reg. No. 25,640

LSN:vc
1100 North Glebe Road, 8th Floor
Arlington, VA 22201-4714
Telephone: (703) 816-4000
Facsimile: (703) 816-4100