IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABLAISE LTD. and ) <br> GENERAL INVENTIONS INSTITUTE A, INC. ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 1:06cv01015 <br><br> Judge: James Robertson <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF ENTRY OF APPEARANCE

I, Jeffrey J. Downey, duly licensed in and a member in good standing of the United States District Court for the District of Columbia, hereby give notice to all parties of my appearance on behalf of Defendants, Ablaise LTD. and General Inventions Institute A, Inc., in this matter.

Respectfully submitted,

*/s/ Jeffrey J. Downey*
Jeffrey J. Downey, Esq. #427010
ROBINS, KAPLAN, MILLER & CIRESI, LLP
1875 eye Street N. W., Suite 300
Washington, DC 20006-5409
Ph: (202) 775-0725
Fx: (202) 223-8604


Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth Northrop
ROBINS, KAPLAN, MILLER & CIRESI, LLP
2800 LaSalle Plaza
800 La Salle Avenue

DC1 45695249.1

Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

DC1 45695249.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance was served this 2nd day of April, 2007 via electronic means and first class mail, postage prepaid, to the following:

Creighton R. Magid
Dorsey & Witney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199


Devan V. Padmanabhan
Sri K. Sankaran
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856

Attorneys for Plaintiff

Jeffrey J. Downey