UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES REUTERS                )
BUSINESS INTERACTIVE, LLC.       )
d/b/a Factiva                    )
                                 )
                                 )
Plaintiff,                       ) **Civil Action No. 1:06CV01015**
v.                               )
                                 ) **Judge James Robertson**
ABLAISE and GIIA                 )
                                 )
Defendants.                      )

### NOTICE TO ENTER APPEARANCE

Please enter the appearance of Steven Lieberman, Esq., as counsel for Plaintiff, Dow Jones Reuters Business Interactive, LLC. d/b/a Factiva in the above captioned matter.

Respectfully submitted,

ROTHWELL, FIGG, ERNST & MANBECK

Date: April 2, 2007

Steve Lieberman (D.C. # 439783)
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
202-783-6040

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of March, 2007, I electronically filed with the Clerk of the Court, NOTICE TO ENTER APPEARANCE using the CM/ECF system and have served all parties by first class U.S. mail, postage prepaid addressed to the following:

>   Amy S. Owen, Esq.
>   Cochran & Owen, LLC
>   8000 Towers Crescent Drive
>   Suite 160
>   Vienna, VA  22182
>
>   Thomas G. Scavone, Esq.
>   Niro, Scavone, Haller & Niro
>   181 W. Madison Street
>   Suite 4600
>   Chicago, IL  60602
>
>   Creighton R. Magid, Esq.
>   Dorsey & Whitney, LLP
>   1001 Pennsylvania Avenue, N.W.
>   Suite 400
>   Washington, D.C.  20004