UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. and GENERAL )<br>INVENTORS INSTITUTE A, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 06-1014 (JR) |
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC, d/b/a FACTIVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. and GENERAL )<br>INVENTORS INSTITUTE A, INC., )<br>)<br>Defendants. )<br>_____) | Case No. 06-1015 (JR) |

<u>JOINT MOTION TO EXTEND DEADLINES
FOR PARTIES TO FILE REPLY AND SUR-REPLY MARKMAN BRIEFS</u>

The above-captioned actions are related matters assigned to this Court. In both cases, the Plaintiffs, Dow Jones & Company ("Dow Jones") and Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva ("Factiva"), seek declaratory judgments that U.S. Patent No. 6,961,737 (the "'737 patent") is not infringed and is invalid. Dow Jones in case number 06-1014 further seeks a declaratory judgment that U.S. Patent No. 6,295,530 (the "'530 patent") is not infringed and is invalid. Defendants, Ablaise Ltd. ("Ablaise") and General Inventors Institute A., Inc. ("GIIA"), have, in both cases, counterclaimed for a finding of infringement and validity with respect to the '737 Patent.

Ablaise and GIIA in case number 06-1014 further counterclaimed for a finding of infringement and validity with respect to the '530 Patent.

Pursuant to Scheduling Orders issued in both cases and a previously filed Joint Unopposed Motion to Extend the Deadline to File <u>Markman</u> Brief filed in both cases, the <u>Markman</u> briefs of Dow Jones and Factiva were filed on January 7, 2007 and the Defendants' responsive brief was filed on April 4, 2007.

On April 10, 2007, at the request of Ablaise and GIIA this Court entered an order rescheduling the <u>Markman</u> hearing from May 17, 2007 to June 6, 2007 at 9:30 a.m.

Because of the number of issues, the parties respectfully move this Court for an Order, in the form attached hereto, extending the time for the filing of Plaintiffs' reply brief from April 25, 2007 to May 9, 2007 and Defendants' surreply brief from May 9, 2007 until May 30, 2007. The proposed amended briefing schedule is similar to the one previously ordered by the Court when viewed relative to the new hearing date. Thus, the amended briefing schedule should not adversely affect the Court.

                                               Respectfully submitted,

Dated: April 11, 2007                        /s/_____
Steven Lieberman  (D.C. Bar #439783)
Joseph A. Hynds   (D.C. Bar #440464)
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Counsel for Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva*


/s/_____
Jeffrey J. Downey
Robins Kaplan Miller & Ciresi, LLP
875 Eye Street, NW
Suite 300
Washington, D.C. 20006
Tel: (202)775-0725
Fax: (202) 223-8604

*Counsel for Ablaise, Ltd. And General Inventors Institute A, Inc.*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2007, a copy of the foregoing JOINT UNOPPOSED MOTION TO EXTEND DEADLINES FOR PARTIES TO FILE REPLY AND SUR-REPLY <u>MARKMAN</u> BRIEFS was served by first class mail, postage prepaid and email upon the following:

>Amy S. Owen, Esq.
>Cochran & Owen
>8000 Towers Crescent Drive
>Suite 160
>Vienna, VA  22182
>
>Thomas G. Scavone, Esq.
>Niro, Scavone, Haller & Niro
>181 W. Madison Street
>Suite 4600
>Chicago, IL  60602
>
>Creighton R. Magid, Esq.
>Dorsey & Whitney LLP
>1050 Connecticut Avenue, N.W.
>Suite 1250
>Washington, D.C.  20004-2505
>
>Devan V. Padmanabhan, Esq.
>Paul J. Robbennolt, Esq.
>Dorsey & Whitney LLP
>50 South Sixth Street
>Suite 1500
>Minneapolis, MN  55402-1498
>
>Jeffrey J. Downey
>Robins Kaplan Miller & Ciresi, LLP
>875 Eye Street, NW
>Suite 300
>Washington, D.C. 20006

4

Ronald Schutz
Jake Holdreith
Cyrus Morton
Seth Northrop
Robins Kaplan Miller & Ciresi, LLP
LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402


_____/S/_____
Brian Rosenbloom