UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ABLAISE LTD. and GENERAL  )<br>INVENTORS INSTITUTE A, INC.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 06-1014 (JR) |
| DOW JONES REUTERS BUSINESS  )<br>INTERACTIVE, LLC, d/b/a FACTIVA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ABLAISE LTD. and GENERAL  )<br>INVENTORS INSTITUTE A, INC.,  )<br>)<br>Defendants.  )<br>_____) | Case No. 06-1015 (JR) |

## [PROPOSED] AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that Plaintiffs in the two above-captioned actions may have until **May 9, 2007** to file their Markman reply brief and that Defendants may have until **May 30, 2007** to file any surreply brief.

Discovery continues to be **stayed until further order of the Court.**

_____
JAMES ROBERTSON
Judge, United States District Court
for the District of Columbia

COPIES TO:

Steven Lieberman, Esq.
Rothwell, Figg, Ernst & Manbeck
1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Creighton R. Magid, Esq.
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, D.C. 20004-2505

Amy S. Owen, Esq.
Cochran & Owen
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Thomas G. Scavone, Esq.
Niro, Scavone, Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602

Jeffrey J. Downey
Robins Kaplan Miller & Ciresi, LLP
875 Eye Street, NW
Suite 300
Washington, D.C. 20006

Ronald Schutz
Jake Holdreith
Cyrus Morton
Seth Northrop
Robins Kaplan Miller & Ciresi, LLP
LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402