**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
DOW JONES REUTERS BUSINESS      :
INTERACTIVE, LLC, d/b/a FACTIVA :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 06-1015 (JR)
                                :
ABLAISE LTD., et al.,           :
                                :
        Defendants.             :
```

## ORDER

Upon consideration of defendants' motions for the *pro hac vice* appearances of Ronald J. Schutz [17], Cyrus A. Morton [18] and Seth Northrop [19], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                        United States District Judge