UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Albaise Ltd. and General Inventors Institute A, Inc.<br><br>　　　　　　Defendants. | CASE NUMBER 06-1015 (JR) |

### DECLARATION OF DEVAN V. PADMANABHAN

I, Devan V. Padmanabhan, hereby request permission to appear *pro hac vice* on behalf of Plaintiff Dow Jones Reuters Business Interactive, LLC, d/b/a Factiva, in the above-captioned matter. My office address and telephone numbers are as follows:

Office Address:　　Dorsey & Whitney LLP
　　　　　　　　　　50 South Sixth Street
　　　　　　　　　　Minneapolis, MN  55402

Office Telephone:　(612) 343-7990

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Supreme Court of Minnesota | | October 22, 1993 |
| United States District Court | District of Minnesota | February 18, 1994 |
| United States Court of Appeals | Federal Circuit | April 8, 1999 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I do not maintain an office for the practice of law within the District of Columbia, but my firm maintains an office at 1050 Connecticut Ave., N.W. Suite 1250 Washington, D.C. 20004-2505.

I make the foregoing statements under penalty of perjury.

Dated: December 21, 2006

_____
Devan V. Padmanabhan