UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,** )<br>)<br>**Defendants.** ) | CASE NUMBER 1:06cv01015-JR |

### MOTION FOR COUNSEL TO APPEAR *PRO HAC VICE*

NOW COMES the undersigned counsel, Creighton R. Magid, a member in good standing of the bar of the District of Columbia and the bar of this Court, and pursuant to Local Rule 83.2(d) moves this Court for the admission *pro hac vice* of Paul J. Robbennolt. In support of this motion, the undersigned states:

1.  Paul J. Robbennolt is an attorney with the law firm of Dorsey & Whitney LLP in Minneapolis, Minnesota. His office address and phone number are 50 South Sixth Street, Minneapolis, Minnesota 55402, (612) 340-2864. Mr. Robbennolt is familiar with the plaintiff and the issues raised in this action, and his knowledge of the factual and substantive areas of law will be of particular benefit with regard to the efficient handling of this case.

2.  Mr. Robbennolt is a member in good standing of the bar of Minnesota, and he is admitted to practice before the following courts: Supreme Court of Minnesota, U.S. District Court for the District of Minnesota and the U.S. Court of Appeals for the Federal Circuit. *See* attached Declaration of Paul J. Robbennolt.

3.  Mr. Robbennolt has never been disciplined by any bar.

-2-

4. Mr. Robbennolt has never been admitted *pro hac vice* to practice before this Court.

5. Mr. Robbennolt does not practice law from an office located in the District of Columbia, is not a member of the District of Columbia Bar, and has no application for membership pending.

6. The undersigned requests that this Court grant this motion so that Mr. Robbennolt may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the undersigned counsel respectfully moves this Court for an order admitting Paul J. Robbennolt *pro hac vice* as co-counsel for plaintiff.

Respectfully submitted,

Dated: April 16, 2007

_____/s/ Creighton R. Magid_____
Creighton R. Magid ((DC# 476961)
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20004-2505
(202) 442-3000 (telephone)
(202) 442-3199 (facsimile)
magid.chip@dorsey.com

Counsel For Plaintiff
DOW JONES REUTERS BUSINESS
INTERACTIVE, LLC d/b/a FACTIVA

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2007, a copy of the foregoing Motion For Counsel To Appear *Pro Hac Vice*, Declaration of Paul J. Robbennolt, and proposed Order was sent by first-class mail, postage prepaid to:

Amy S. Owen, Esquire
Cochran & Owen
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia  22182

Thomas G. Scavone, Esquire
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois  60602

Jeffrey J. Downey, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C.  20006-5409

Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Cyrus A. Morton, Esquire
Trevor J. Foster, Esquire
Seth Northrop, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota  55402-2015

                                                    /s/ Creighton R. Magid
                                                    Creighton R. Magid