UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA,** )<br><br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,** )<br>)<br>**Defendants.** | )<br>)<br>)<br>)<br>) CASE NUMBER 1:06cv01015-JR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of counsel for plaintiff's Motion for Counsel to Appear *Pro Hac Vice* and for good cause being shown, it is this _____ day of April, 2007,

ORDERED, that Paul J. Robbennolt is hereby granted permission to appear *pro hac vice* in this proceeding.

_____
U.S. DISTRICT COURT JUDGE

COPIES TO:

Creighton R. Magid, Esquire
Dorsey & Whitney LLP
1050 Connecticut Avenue, N.W.
Suite 1250
Washington, DC 20004-2505

Jeffrey J. Downey, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
1875 Eye Street, N.W., Suite 300
Washington, D.C. 20006-5409

Ronald J. Schutz, Esquire
Jake M. Holdreith, Esquire
Robins, Kaplan, Miller & Ciresi, LLP
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015

Amy S. Owen, Esquire
Cochran & Owen
8000 Towers Crescent Drive, Suite 160
Vienna, Virginia 22182

Thomas G. Scavone, Esquire
Niro, Scavone, Haller & Niro
181 W. Madison Street, Suite 4600
Chicago, Illinois 60602