UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES REUTERS BUSINESS          :
INTERACTIVE, LLC, d/b/a FACTIVA     :
                                    :
    Plaintiff,                      :
                                    :
  v.                                : Civil Action No. 06-1015 (JR)
                                    :
ABLAISE LTD., *et al.*,             :
                                    :
    Defendants.                     :

### ORDER

Upon consideration of plaintiff's motions for the *pro hac vice* appearance of Devan V. Padmanaban [25] and Paul J. Robbennolt [26], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                                        JAMES ROBERTSON
                                    United States District Judge