IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and <br> GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | Civil Action No. 1:06cv01015 <br><br> Judge: James Robertson <br><br> **JURY TRIAL DEMANDED** |

## AGREED ORDER WITHDRAWING COUNSEL

Upon consideration and agreement of the parties as well as the record in this case, it is hereby

ORDERED that Amy S. Owen, Esq., Thomas G. Scavone, Esq. and Matthew G. McAndrews, Esq. have withdrawn as counsel. Defendants Ablaise LTD and General Inventions Institute A, Inc. will continue to be represented by Jeffrey John Downey, Esquire and Robins, Kaplan, Miller & Ciresi, LLP.


Dated: _____                           _____
                                            United States District Court Judge


SEEN AND AGREED:

_____
Jeffrey John Downey, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
1875 Eye Street, NW
Suite 300
Washington, D.C. 20006
Ph: (202) 736-2782
Fx: (202) 223-8604

/s/ Amy S. Owen
Amy S. Owen, Esq. (D.C. Bar No. 411601)
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Ph: (703) 847-4480
Fx: (703) 847-4499



/s/ Matthew G. McAndrews
Thomas G. Scavone
Matthew G. McAndrews
Niro Scavone Haller & Niro
181 W. Madison Street
Suite 4600
Chicago, IL 60602
Ph: (312) 236-0733
Fx: (312) 236-3137