# EXHIBIT A

| Claim Term to be Construed | Dow's Proposed Construction | Ablaise's Proposed Construction |
|---|---|---|
| **'737 Patent – Claim One** | | |
| displayed at a browsing device | visually represented on the screen of a browsing device. Dow Opening Br. at 13. | Does not require construction. |
| Storing executable functions | **Dow's Opening Construction**<br>Storing a universal set of all the available functions, wherein each function has a name and comprises a set of function steps, each of which, when executed, creates a portion of code. Dow Opening Br. at 13.<br><br>**Dow's Reply Construction**<br>"Storing executable functions" is storing a universal family set of all available functions which may be used in order to generate portions of HTML code. Dow Reply Br. at 3.<br><br>"Function" is a named set of function steps, at least one of which, when executed, creates a portion of code. Dow Reply Br. at 3; **or**<br><br>"Function" is a named set of instructions. Dow Reply Br. Ex. A. at 2. | Storing at least two executable functions. The term "function" means "an identifiable unit of computer instructions." |
| in response to identifying a request for specified content data and a user identifier; (a)…(e)… | Performing steps (a) through (e) in response to identifying a request for specified content data and a user identifier, wherein the request was transmitted by a browsing device and includes a format | Does not require construction. |

| | | |
|---|---|---|
| | identifier that is separate and distinct from the user identifier. Dow Opening Br. at 13. | |
| Receiving format identifiers identifying the type of formatting required | **Dow's Opening Construction**<br>Receiving two or more format identifiers, wherein the format identifiers are included in said identified request for specified content data and each format identifier is a sequence of one or more characters that uniquely identifies an indexed function string. Dow Opening Br. at 13.<br><br>**Dow's Reply Construction**<br>"Receiving" should be construed such that it covers "acquiring something transmitted," but such that it does not read on "looking up in a database" or "reading from a database." Dow Reply Br. Ex. A at 4.<br><br>"Format identifier" is an identifier that was included in the request for specified content data and that identifies the type of formatting required. Dow Reply Br. Ex. A. at 5.<br><br>"Identifying" is "establishing the identity of." Dow Reply Br. at 18-19. | "Receiving" does not require construction.<br><br>Format identifier means "an identifier corresponding to a type of formatting specified by a user from at least two types of formatting available to the user for specified content data."<br><br>Type of formatting means "a layout or presentation of text and/or graphics on a page." |
| Selecting a set of stored functions in dependence upon a received format identifier and said read user information | **Dow's Opening Construction**<br>Selecting a particular indexed function string from a set of indexed function | selecting one or more functions based upon a received format identifier and said read user information. |

| | | |
|---|---|---|
| | strings, wherein the selection is dependent on both a received format identifier and said read user information, which are separate and distinct. Dow Opening Br. at 13-14.<br><br>**Dow's Reply Construction**<br>"Selecting" means "selecting." Dow Br. at 21; **or**<br><br>"Selecting" means choosing from among several. Dow Reply Br. Ex. A at 8.<br><br>"A set of stored functions" is a particular stored and indexed function string. Dow Reply Br. at 19.<br><br>"In dependence upon a received format identifier and said read user information" requires the selection be dependent on both the received format identifier <u>and</u> said read user information, which are separate and distinct. Dow Reply. Br. Ex. A at 10. | |
| Executing said set of functions to generate viewable data comprising said selected content data and formatting data | **Dow's Opening Construction**<br>Executing the selected set of functions, wherein the execution of the selected function set causes formatting data to be combined with the selected content data, thereby generating viewable data, which formatting data specifies the location of the content data within a page. Dow Opening Br. at 14. | The only term in this phrase that may require construction is "formatting data," which means "markup language, such as HTML tags." |

MP3 20219727.1

| | | |
|---|---|---|
| | **Dow's Reply Construction**<br>"Formatting data" is data which specifies the location of the content data within a page. Dow Reply Br. Ex. A at 10. | |
| **'530 Patent – Claim One** | | |
| identifying requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data | **Dow's Opening Construction**<br>Identifying a request from a browsing device, wherein the request includes an identifier identifying certain viewable data and an identifier identifying a certain file structure. Dow Opening Br. at 14.<br><br>**Dow's Reply Construction**<br>"Request" includes an identifier identifying certain viewable data in addition to including formatting type identification data but does not read on a request to retrieve and execute a specified file. Dow Reply Br. Ex. A at 11-12.<br><br>"Formatting type identification data" is data identifying a type of formatting. Dow Reply Br. Ex. A at 13. | The only term in this phrase that may require construction is "formatting type identification data," which means "data corresponding to a specified page format chosen from at least two page formats available to the requesting browsing device for specified viewable data." |
| maintaining a plurality of formatting types of data defining respectively corresponding predetermined formats for portions of said viewable data | Storing, in a table, two or more file structures, each file structure defining a format for portions of the viewable data. Dow Opening Br. at 14. | The only term in this phrase that may require construction is "formatting types of data," which means "sets of mark-up tags, such as HTML tags." |
| selecting a specific one of said types of | **Dow's Opening Construction** | Does not require construction. |

| | | |
|---|---|---|
| formatting data in response to said formatting type identification data | Choosing, from among the two or more file structures stored in the table, the file structure identified by the file structure identifier included in the request. Dow Opening Br. at 14.<br><br>**Dow's Reply Construction**<br>"Selecting" means choosing from among several. Dow Reply Br. Ex. A at 15. | |