**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**NOTICE OF APPEARANCE**

Please re-enter the appearance of Amy S. Owen and Ben Selan, Cochran & Owen LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182, as co-counsel for Ablaise

LTD and General Inventions Institute A, Inc. (collectively "Defendants") in the above-captioned matter.

Dated:  September 7, 2007 　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/  Amy S. Owen_____
　　　　　　　　　　　　　　　　　　　　　Amy S. Owen, Esq. #411601
　　　　　　　　　　　　　　　　　　　　　Ben Selan, Esq. #495232
　　　　　　　　　　　　　　　　　　　　　COCHRAN & OWEN, LLC
　　　　　　　　　　　　　　　　　　　　　8000 Towers Crescent Drive, Suite 160
　　　　　　　　　　　　　　　　　　　　　Vienna, VA  22182
　　　　　　　　　　　　　　　　　　　　　Ph:  (703) 847-4480
　　　　　　　　　　　　　　　　　　　　　Fx:  (703) 847-4499

　　　　　　　　　　　　　　　　　　　　　Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served this 7th day of September, 2007 via the ECF system to the following:

>Creighton R. Magid
>Dorsey & Whitney LLP
>1001 Pennsylvania Avenue, N.W.
>Suite 400 North
>Washington, D.C. 20004
>Ph:  (202) 442-3000
>Fx:  (202) 442-3199

>Devan V. Padmanabhan
>Sri K. Sankaran
>Dorsey & Whitney LLP
>50 South Sixth Street, Suite 1500
>Minneapolis, MN 55402
>Ph:  (612) 340-2600
>Fx:  (612) 340-8856

>Steven Lieberman
>Rothwell, Figg, Ernst & Manbeck
>1425 K Street NW, Suite 800
>Washington, D.C. 20005
>Ph:  (202) 783-6040
>Fx:  (202) 783-6031

Attorneys for Plaintiff

　　　　　　/s/  Amy S. Owen
　　　　　Amy S. Owen