IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

## **DECLARATION OF JAKE M. HOLDREITH**

  I, Jake M. Holdreith, hereby request permission to appear *pro hac vice* on behalf of Defendants Ablaise Ltd. and General Inventions Institute A, Inc. in the above referenced matter.

MP3 20237684.1

My office address and telephone numbers are as follows:

| | |
|---|---|
| Office Address: | Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015 |
| Office Telephone No.: | (612) 349-8500 |

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| United States Court of Appeals | Eleventh Circuit | 1995 |
| United States Court of Appeals | Federal Circuit | 1997 |
| United States District Court | Colorado | 1998 |
| United States District Court | District of Minnesota | 1991 |
| United States District Court | Western District of Wisconsin | 1996 |
| Supreme Court | Minnesota | 1990 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar. I have been admitted to practice in the state of Iowa, but my admission is inactive.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

My firm has retained local counsel who is licensed to practice law within the District of Columbia. The name and address of our local counsel is:

Amy S. Owen
Cochran & Owen LLC
8000 Tower Crescent Drive, Suite 160
Vienna, VA 22182

I make the foregoing statements under penalty of perjury

Dated: September 7, 2007

_____
Jake M. Holdreith