**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>200 Liberty Street )<br>New York, New York 10281, )<br>                                  )<br>               Plaintiff, )<br>                                  )<br>v. )<br>                                  )<br>ABLAISE LTD. ("Ablaise") )<br>40 Queen Anne Street )<br>London W1G 9EL )<br>United Kingdom )<br>                                  )<br>and )<br>                                  )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>Craigmuir Chambers )<br>P.O. Box 71 )<br>Town Road )<br>Tortola, British Virgin Islands, )<br>                                  )<br>               Defendants. ) | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC )<br>200 Library Street )<br>New York, New York 10281, )<br>                                  )<br>               Plaintiff, )<br>v. )<br>ABLAISE and GIIA, )<br>               Defendants. ) | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
<u>RULE 8.32(d) FOR ADMISSION *PRO HAC VICE*</u>**

Amy S. Owen (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia,

respectively moves the Court to enter an Order permitting Trevor J. Foster of Robins, Kaplan, Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1)     Trevor J. Foster is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2)     Mr. Foster is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar.

(3)     Attached hereto is a declaration executed by Mr. Foster ;

(4)     The Movant requests that this Court allow this Motion so that Mr. Foster may file pleadings and appear and be heard at any hearing in this proceeding.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Trevor J. Foster to appear in this proceeding.

Dated:  September 7, 2007

Respectfully submitted,

      /s/  Amy S. Owen
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph:  (703) 847-4480
Fx:  (703) 847-4499

Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth Northrop
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue

Minneapolis, MN  55402-2015
Ph:  (612) 349-8500
Fx:  (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 7th day of September, 2007 via the ECF system to the following:

                Creighton R. Magid
                Dorsey & Whitney LLP
                1001 Pennsylvania Avenue, N.W.
                Suite 400 North
                Washington, D.C. 20004
                Ph: (202) 442-3000
                Fx: (202) 442-3199


                Devan V. Padmanabhan
                Sri K. Sankaran
                Dorsey & Whitney LLP
                50 South Sixth Street, Suite 1500
                Minneapolis, MN 55402
                Ph: (612) 340-2600
                Fx: (612) 340-8856


                Steven Lieberman
                Rothwell, Figg, Ernst & Manbeck
                1425 K Street NW, Suite 800
                Washington, D.C. 20005
                Ph: (202) 783-6040
                Fx: (202) 783-6031

                Attorneys for Plaintiff


                          /s/ Amy S. Owen
                Amy S. Owen