UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC, d/b/a FACTIVA | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 06-1015 (JR) : |
| ABLAISE LTD., *et al.*, | : : |
| Defendants. | : |

**ORDER**

Upon consideration of defendants' motions for the *pro hac vice* appearances of Jake M. Holdreith [35] and Trevor J. Foster [36], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                    JAMES ROBERTSON
                             United States District Judge