# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC. )<br>200 Liberty St. )<br>New York, New York 10281 )<br>                            )<br>        Plaintiff, )<br>v.                           )<br>                            )<br>ABLAISE LTD ("Ablaise") )<br>40 Queen Anne Street )<br>London W1G 9EL, )<br>United Kingdom )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC., ("GIIA") )<br>Craigmuir Chambers, P.O. Box 71 )<br>Town Road )<br>Tortola, British Virgin Islands )<br>                            )<br>       Defendants. )<br>                            )<br>DOW JONES REUTERS )<br>BUSINESS INTERACTIVE, LLC. )<br>200 Liberty St.           ) )<br>New York, New York 10281 )<br>                            )<br>        Plaintiff, )<br>v.                           )<br>                            )<br>ABLAISE and GIIA )<br>       Defendants. ) | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

## [DOW JONES' PROPOSED] SCHEDULING ORDER

This matter having come before the Court for a Scheduling Conference on September 26, 2007, and the Court having considered the Joint Meet and Confer Statement as well as any supplemental pleadings that are relevant, the representations made in open court, and the entire record in the case, it is hereby

ORDERED that:

| | |
|---|---|
| **Joinder of Additional Parties** | February 1, 2008 |
| **Fact discovery closes** | July 1, 2008 |
| **Expert reports on party bearing the burden of proof** | August 1, 2008 |
| **Reply expert reports** | September 2, 2008 |
| **Expert Discovery closes** | December 1, 2008 |
| **Summary Judgment motions** | January 5, 2009 |
| **Opposition briefs** | February 5, 2009 |
| **Reply briefs** | March 2, 2009 |
| **Pretrial conference** | 90 days after close of all discovery or 30 days after rulings on dispositive motions, whichever is later |

_____
The Honorable James Robertson

1429972