IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DOW JONES & COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV01014 |
| | ) | |
| v. | ) | Judge James Robertson |
| | ) | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DOW JONES REUTERS BUSINESS INTERACTIVE, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:06CV01015 |
| | ) | |
| v. | ) | Judge James Robertson |
| | ) | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Eric S. Jackson, duly licensed in and a member in good standing of the United States District Court for the District of Columbia, hereby give notice to all parties of my appearance on behalf of Defendants, Ablaise Ltd. and General Inventions Institute A, Inc., in this matter.

Respectfully submitted,

*/s/ Eric A. Jackson*

Eric S. Jackson (#446657)
Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth A. Northrup

MP3 20242960.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Phone: (612) 349-8500
Fax:   (612) 339-4181

**ATTORNEYS FOR ABLAISE LTD. and
GENERAL INVENTIONS INSTITUTE A, INC.**

MP3 20242960.1

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Entry of Appearance were served this 25th day of September, 2007 via electronic means and first class mail, postage prepaid, to the following:

Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Ave. NW
Suite 400 North
Washington, DC 20004
Phone: (202) 442-3000
Fax:    (202) 442-3199

Devan V. Padmanabhan
Sri K. Sankaran
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
Phone: (612) 340-2600
Fax:    (612) 340-8856

ATTORNEYS FOR PLAINTIFFS

_____
Eric S. Jackson

MP3 20242960.1