UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC.<br>d/b/a/ Factiva<br><br>Plaintiff,<br>v.<br><br>ABLAISE and GIIA<br><br>Defendants. | )<br>)<br>)<br>) **Civil Action No. 1:06CV01015**<br>)<br>) **Judge James Robertson**<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:    CLERK OF COURT

Creighton R. Magid, Devan V Padmanaban, and Paul J Robbennolt, all with the law firm of Dorsey & Whitney, LLC, hereby give notice of their withdrawal as counsel for plaintiff, Dow Jones Reuters Business Interactive, LLC. d/b/a Factiva ("Factiva") in the above referenced action. Steven Lieberman of Rothwell, Figg, Ernst and Manbeck has previously entered an appearance on behalf of Factiva. A trial date has not been set for this action.

Signed this 4 day of October, 2007.

_____/s/_____
Creighton R. Magid (476961)
DORSEY & WHITNEY, L.L.P.
1050 Connecticut Avenue, NW
Suite 1250
Washington, DC 20036
(202) 442-3555

1

       _____/s/_____
Devan V Padmanaban
DORSEY & WHITNEY, L.L.P.
50 South Sixth St.
Minneapolis, MN 55402
(612) 343-7990

       _____/s/_____
Paul J Robbennolt
DORSEY & WHITNEY, L.L.P.
50 South Sixth St.
Minneapolis, MN 55402
(612) 340-2864

       _____/s/_____
Steven Lieberman, Esq.
Rothwell, Figg, Ernse & Manbeck
1425 K. Street NW, Suite 800
Washington, DC 20005
(202) 783-6040
Attorneys for Plaintiff
Dow Jones Reuters Business Interactive, LLC. d/b/a Factiva

1387217

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE,** was served this 4th day of October, 2007 via ECF I and first class, postage prepaid U.S. Mail, to the following:

**Amy S. Owen**
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480

**Creighton R. Magid**
DORSEY & WHITNEY, L.L.P.
1001 Pennsylvania Ave., Suite 400
Washington, D. C. 20004
202-442-3555

**Jeffrey John Downey**
ROBINS, KAPLAN MILLER & CIRESI, LLP
1875 Eye Street, NW; Suite 300
Washington, DC 20006
(202) 736-2782

**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

                        \_\_/s/_____
                        Brian S. Rosenbloom