UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,            :
                                      :
         Plaintiff,                   :
                                      :
     v.                               :  Civil Action No. 06-1014 (JR)
                                      :
ABLAISE LTD., *et al.*,               :
                                      :
         Defendants.                  :

### ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Patrick M. Arenz [42], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                              JAMES ROBERTSON
                         United States District Judge