# EXHIBIT A

## Steven Lieberman

**To:** Holdreith, Jake M.
**Cc:** Morton, Cyrus A.; Arenz, Patrick M.; Terry, Dannah G.; Schutz, Ronald J.
**Subject:** RE: Dow v. Ablaise: upcoming call

I'm glad to have this representation, but that's not the only issue.
Are you foreswearing any reliance on commercial success? Scepticism of the invention? What about the inventors' knowledge of prior art? Derivation issues? Improper inventorship, etc., etc.

Steven Lieberman

Rothwell, Figg, Ernst & Manbeck. P.C.

1425 K Street, N.W.; Suite 800

Washington, DC 20005

Phone: 202-783-6040; Fax: 202-783-6031

e-mail: slieberman@rothwellfigg.com

web: http://www.rothwellfigg.com

The content of this e-mail may be privileged and confidential and is intended only for the identified individual or entity. If you are not the intended recipient or are not responsible for passing this e-mail to the intended recipient, then you are hereby notified that any use, copying, dissemination or distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately by telephone at (202) 783-6040, by fax at (202)783-6031, or by e-mail at slieberman@rothwellfigg.com. You should not read this e-mail, and it should be deleted.

-----Original Message-----
**From:** Holdreith, Jake M. [mailto:JMHoldreith@rkmc.com]
**Sent:** Friday, November 16, 2007 1:39 PM
**To:** Steven Lieberman
**Cc:** Morton, Cyrus A.; Arenz, Patrick M.; Terry, Dannah G.; Schutz, Ronald J.
**Subject:** RE: Dow v. Ablaise: upcoming call

>>>>  Please read the confidentiality statement below  <<<<

11/16/2007

Steve, you are aware, I trust, that we are not seeking to swear behind the May 15, 1995, priority date.

I don't know, but I expect that a large majority of the electronic data are not "the inventors' files from the time period near the alleged conception and reduction to practice." Please confirm if that is what you are seeking in your request for production of the electronic files.

If you are interested in "inventors' files from the time period near the alleged conception and reduction to practice," are you willing to narrow your request to documents in the inventors' files that predate the May 15, 1995 filing date? I believe that would likely eliminate the backup tapes. That would at least substantially narrow our dispute. Are you also willing to bear the cost of restoring files from the remaining media and identifying those that are dated prior to May 16, 1995 and relate to the invention?

Please advise.

Jake


**From:** Steven Lieberman [mailto:slieberman@rfem.com]
**Sent:** Friday, November 16, 2007 12:20 PM
**To:** Holdreith, Jake M.
**Cc:** Morton, Cyrus A.; Arenz, Patrick M.; Terry, Dannah G.; Schutz, Ronald J.
**Subject:** RE: Dow v. Ablaise: upcoming call

Your client knows where the relevant documents are most likely to be. You've got an obligation to look in those places. I have no idea where on the different media you identified the documents are so I really can't propose any sort of narrowing.

I can't imagine more important documents than the inventors files from the time period near the alleged conception and reduction to practice.




Steven Lieberman

Rothwell, Figg, Ernst & Manbeck. P.C.

1425 K Street, N.W.; Suite 800

Washington, DC 20005

Phone: 202-783-6040; Fax: 202-783-6031

e-mail: slieberman@rothwellfigg.com


web: http://www.rothwellfigg.com


11/16/2007

The content of this e-mail may be privileged and confidential and is intended only for the identified individual or entity. If you are not the intended recipient or are not responsible for passing this e-mail to the intended recipient, then you are hereby notified that any use, copying, dissemination or distribution of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify Rothwell, Figg, Ernst & Manbeck, P.C. immediately by telephone at (202) 783-6040, by fax at (202)783-6031, or by e-mail at slieberman@rothwellfigg.com. You should not read this e-mail, and it should be deleted.

-----Original Message-----
**From:** Holdreith, Jake M. [mailto:JMHoldreith@rkmc.com]
**Sent:** Friday, November 16, 2007 12:56 PM
**To:** Steven Lieberman
**Cc:** Morton, Cyrus A.; Arenz, Patrick M.; Terry, Dannah G.; Schutz, Ronald J.
**Subject:** Dow v. Ablaise: upcoming call

>>>> Please read the confidentiality statement below <<<<
Steve,

In preparing for our call with the court today, I would like to confirm that your proposal is that Ablaise review the entirety of the archived electronic data (which could be on the order of 9 terabytes) including the backup tapes that may number around 120, and that Ablaise bear the costs of restoring and reviewing the data.

You have not made a proposal to narrow or tailor your request, nor to bear the costs, nor have you articulated to me any showing of your need for the data or how it is particularly important to your case.

As you know, we believe that demand is unreasonable on its face and contrary to the federal rules.

If I have not correctly understood your position, please advise immediately.

**Jake Holdreith**
Office phone: (612) 349-8483
Direct FAX : (612) 339-4181
E-mail address:jmholdreith@rkmc.com

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis MN 55402-2015

www.rkmc.com

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P**

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the

11/16/2007

error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com