# EXHIBIT B

**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

JAKE M. HOLDREITH
(612) 349-8483
jmholdreith@rkmc.com

November 21, 2007

**VIA U.S. MAIL AND E-MAIL**

Oliver L. Edwards
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street, N.W., Suite 800
Washington, D.C.

Re: *Dow Jones & Company, Inc. v. Ablaise Ltd.* and *Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd.*
Civil Action Nos.: 1:06CV01014 and 1:06CV01015
Our File No.: 124258.0004

Dear Oliver:

I am writing in response to your November 20, 2007 email to Patrick Arenz.

As long as Dow Jones intends to bring its motion to compel Ablaise to restore, review, and produce documents that predate the U.K. filing date at our cost, we decline to enter into your requested stipulation.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Jake M. Holdreith

JMH/dgt

MP3 20251492.1