**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DOW JONES & COMPANY, INC().<br>200 Liberty Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>    Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>    Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>    Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

### MOTION TO WITHDRAW AS COUNSEL

  Jeffrey J. Downey, Esq., formerly of Robins, Kaplan, Miller & Ciresi L.L.P. (Mr. Downey") requests that the court permit him to withdraw as counsel for Ablaise Ltd. ("Ablaise")

and General Inventions Institute A. Inc. ("GIIA") in Case No. 1:06-cv-01015-JR. Ablaise and GIIA will continue to be represented by Robins, Kaplan, Miller and Ciresi L.L.P. and Cochran & Owen, LLC, the latter of which entered its appearance on September 7, 2007. Ablaise and GIIA's counsel have consented to the withdrawal. Additionally, a similar motion was granted in the related Case No. 1:06-cv-01014-JR on October 18, 2007.

Accordingly, in light of Ablaise and GIIA's continued representation by experienced counsel the Motion to Withdraw should be granted.

Dated:  December 3, 2007            Respectfully submitted,

/s/ Jeffrey Downey
Jeffrey J. Downey, Esq. #427010
THE LAW OFFICES OF JEFFREY J. DOWNEY
1225 I Street NW, Suite 600
Washington, DC  20005
Ph:  (202) 789-1110
Fx:  (202) 789-1116