## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>        Defendants. | **Civil Action No. 1:06CV01014**<br><br>**Judge James Robertson** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>        Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>        Defendants. | **Civil Action No. 1:06CV01015**<br><br>**Judge James Robertson** |

## AGREED ORDER WITHDRAWING COUNSEL

Upon consideration and agreement of the parties as well as the record in this case, it is hereby:

ORDERED that Jeffrey J. Downey, Esq. has withdrawn as counsel in Case No. 1:06-CV-01015-JR. Defendants Ablaise LTD. and General Inventions Institute A., Inc will continue to be represented by Ronald J. Schutz, Esq., Jake Holdreith, Esq., Eric Jackson, Esq., Cyrus Morton, Esq., Seth Northrop, Esq., Trevor Foster, Esq. and Cochran & Owen, LLC.

Dated: _____         _____
                                     Judge James Robertson
                                     United States District Court Judge

SEEN AND AGREED:

/s/ Amy S. Owen                      /s/ Jeffrey Downey
Amy S. Owen, Esq. #411601            Jeffrey J. Downey, Esq. #427010
Ben Selan, Esq. #495232              THE LAW OFFICES OF
COCHRAN & OWEN, LLC                      JEFFREY J. DOWNEY
8000 Towers Crescent Drive, Suite 160    1225 I Street NW, Suite 600
Vienna, VA 22182                     Washington, DC 20005
Ph: (703) 847-4480                   Ph: (202) 789-1110
Fx: (703) 847-4499                   Fx: (202) 789-1116

/s/ Cyrus Morton
Ronald J. Schutz, Esq.
Jake M. Holdreith, Esq.
Cyrus A. Morton, Esq.
Trevor J. Foster, Esq.
Seth Northrop, Esq.
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN 55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181