AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Dow Jones Reuters Business  
Interactive, LLC                                 )
      Plaintiff(s)               )   **APPEARANCE**
                                  )
                                  )
      vs.                         )   CASE NUMBER   1:06-CV-01015
Ablaise Ltd. and                                 )
General Inventions Institute A, Inc              )
      Defendant(s)               )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Brian S. Rosenbloom  as counsel in this
                                      (Attorney's Name)

case for:  Dow Jones Reuters Business Interactive, LLC
                    (Name of party or parties)

12/4/2007  
Date

                                    _____
                                    Signature

461413                              Brian S. Rosenbloom
BAR IDENTIFICATION                  Print Name

                                    1425 K Street, Suite 800
                                    Address

                                    Washington DC 20005
                                    City        State        Zip Code

                                    202-783-6040
                                    Phone Number

# CERTIFICATE OF SERVICE

I hereby certify, that on this 4th day of December, 2007, I electronically filed with the Clerk of the Court, **NOTICE OF APPEARANCE OF BRIAN ROSENBLOOM** using the CM/ECF system and have served all parties in the manner described below to the following:

**Amy S. Owen** (Electronic Notification and U.S. First Class Mail)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
703-847-4480

**Eric S. Jackson** (Electronic Notification and and U.S. First Class Mail)
ROBINS, KAPLAN, MILLER & CIRESI LLP
1875 Eye Street, NW
Suite 300
Washington, DC 20006-5409
(202) 775-0725

**Patrick M. Arenz** (Electronic Notification and and U.S. First Class Mail)
**Cyrus A. Morton**
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

        /s/_____
        Brian S. Rosenbloom