## CERTIFICATE OF SERVICE

       I hereby certify that on the 10th day of December, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

Steven Lieberman, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street NW, Suite 800
Washington, DC 20005

*Attorney for Plaintiffs*
Dow Jones

Amy S. Owen, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

                                       s/ Patrick M. Arenz
                                       Patrick M. Arenz