A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Dow Jones Reuters Business Interactive, LLC )
　　　　　Plaintiff(s) )   **APPEARANCE**
)
)
　　vs. )   CASE NUMBER   1:06cv01015 JR
Ablaise Ltd., et al. )
)
　　　　　Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Oliver L. Edwards  as counsel in this
　　　　　　　　　　　　　　　　　(Attorney's Name)

case for: Dow Jones Reuters Business Interactive, LLC
　　　　　(Name of party or parties)

January 17, 2008
Date

_(signature)_
Signature

Oliver L. Edwards
Print Name

975833
BAR IDENTIFICATION

1425 K St. NW, Suite 800
Address

Washington, DC 20005
City　　　State　　　Zip Code

202-783-6040
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify, that on this 17th day of January, 2008, I electronically filed with the Clerk of the Court, the **NOTICE OF APPEARANCE OF OLIVER L. EDWARDS** using the CM/ECF system and have served all parties via CM/ECF:

**Patrick M. Arenz**
   pmarenz@rkmc.com,labowles@rkmc.com

**Trevor J. Foster**
   tjfoster@rkmc.com

**Jake M. Holdreith**
   jmholdreith@rkmc.com

**Eric S. Jackson**
   ESJackson@rkmc.com,klkelley@rkmc.com,skottley@rkmc.com,mmtacheny@rkmc.com

**Cyrus A. Morton**
   camorton@rkmc.com

**Seth Northrop**
   sanorthrop@rkmc.com

**Amy Sanborn Owen**
   aowen@cochranowen.com,dhitchcock@cochranowen.com,bselan@cochranowen.com

**Ronald J. Schutz**
   rjschutz@rkmc.com

**Benje Allen Selan**
   bselan@cochranowen.com


   __/s/_____
   Oliver L. Edwards