IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01014<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ABLAISE and GIIA,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01015<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |

**MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 8.32(d) FOR ADMISSION *PRO HAC VICE***

　　　　Eric S. Jackson (the "Movant"), a member in good standing of the District of Columbia Bar admitted to practice before the United States District Court for the District of Columbia, respectfully moves the Court to enter an Order permitting Kelly L. Olmstead of Robins, Kaplan,

Miller & Ciresi L.L.P., to practice *pro hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1) Kelly L. Olmstead is a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, (612) 349-8500;

(2) Ms. Olmstead is admitted to practice before among others, the United States District Court for the District of Minnesota and is a member in good standing of the Minnesota Bar;

(3) Attached hereto is a declaration executed by Ms. Olmstead;

(4) The Movant requests that this Court allow this Motion so that Ms. Olmstead may file pleadings and appear and be heard at any hearing in this proceeding; and

(5) Because the authorities relied upon for the instant motion are set forth herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7.1.

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting Kelly L. Olmstead to appear in this proceeding.

Dated: January 18, 2008

Respectfully submitted,

/s/ Eric S. Jackson
Eric S. Jackson (#446657)
Ronald J. Schutz
Jake M. Holdreith
Cyrus A. Morton
Trevor J. Foster
Seth Northrop
Patrick M. Arenz
Kelly L. Olmstead
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 La Salle Avenue
Minneapolis, MN  55402-2015
Ph: (612) 349-8500
Fx: (612) 339-4181

Attorneys for ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local District Court Rule 8.32(D) For Admission *Pro Hac Vice* was served this 18th day of January, 2008, via electronic means and first class mail, postage prepaid, to the following:

Creighton R. Magid
Dorsey & Whitney LLP
1001 Pennsylvania Avenue, N.W.
Suite 400 North
Washington, D.C. 20004
Ph: (202) 442-3000
Fx: (202) 442-3199


Devan V. Padmanabhan
Sri K. Sankaran
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Ph: (612) 340-2600
Fx: (612) 340-8856


Steven Lieberman
Rothwell, Figg, Ernst & Manbeck
1425 K Street NW, Suite 800
Washington, D.C. 20005
Ph: (202) 783-6040
Fx: (202) 783-6031

Attorneys for Plaintiff


/s/ Eric S. Jackson
Eric S. Jackson

MP3 20258970.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>    Plaintiff,<br><br>  v.<br>Ablaise Ltd. And<br>General Inventions Institute A, Inc.<br><br>    Defendants | Civil Action No. 06-1014 (JR)<br><br>**JURY TRIAL DEMANDED** |
| Dow Jones Reuters Business Interactive, LLC d/b/a Factiva,<br><br>    Plaintiff.<br><br>  v.<br>Ablaise Ltd. And<br>General Inventions Institute A, Inc.<br><br>    Defendants | Civil Action No. 06-1015 (JR)<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF KELLY L. OLMSTEAD

I, Kelly L. Olmstead, hereby request permission to appear *pro hac vice* on behalf of Defendants Ablaise Ltd. And General Inventions Institute A, Inc. in the above referenced matter. My office address and telephone number are as follows:

  Office Address:    Robins, Kaplan, Miller & Ciresi, LLP
               2800 LaSalle Plaza
               800 LaSalle Avenue
               Minneapolis, MN  55402-2015

  Office Telephone No.:   (612) 349-8268

I am admitted to practice in the following courts:

| Court | Location | Date of Admission |
|---|---|---|
| Minnesota Supreme Court | | May 13, 2005 |
| United States District Court | District of Minnesota | October 11, 2007 |

I am in good standing and eligible to practice in all courts to which I am admitted. I have never been disciplined by any bar.

I have not been admitted *pro hac vice* to the bar of the United States District Court for the District of Columbia during the past two years.

I make the foregoing statements under penalty of perjury.

DATED: January 18, 2008                    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                                           By: /s/ Kelly L. Olmstead
                                               Kelly L. Olmstead (#0343523)

                                               2800 LaSalle Plaza
                                               800 LaSalle Avenue
                                               Minneapolis, MN 55402-2015
                                               612-349-8500

                                           **ATTORNEYS FOR DEFENDANTS
                                           ABLAISE LTD. AND GENERAL INVENTORS
                                           INSTITUTE A, INC.**

- 2 -

MP3 20258974.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>200 Liberty Street<br>New York, New York 10281,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE LTD. ("Ablaise")<br>40 Queen Anne Street<br>London W1G 9EL<br>United Kingdom<br><br>and<br><br>GENERAL INVENTIONS<br>INSTITUTE A, INC., ("GIIA")<br>Craigmuir Chambers<br>P.O. Box 71<br>Town Road<br>Tortola, British Virgin Islands,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01014<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |
| DOW JONES REUTERS<br>BUSINESS INTERACTIVE, LLC<br>200 Library Street<br>New York, New York 10281,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ABLAISE and GIIA,<br><br>　　　　　　Defendants. | Civil Action No. 1:06CV01015<br><br>**Judge James Robertson**<br><br>**JURY TRIAL DEMANDED** |

## ORDER AUTHORIZING *PRO HAC VICE* ADMISSION

Upon the Motion of Eric S. Jackson, a member in good standing of the Bar of the District of Columbia admitted to practice before the United States District Court for the District of

Columbia, seeking the entry of an Order permitting Kelly L. Olmstead of Robins, Kaplan, Miller & Ciresi, to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Ablaise, Ltd. And General Inventions Institute A, Inc. in this proceeding, therefore;

IT IS on this _____ day of _____, 2008;

ORDERED, that Kelly L. Olmstead, of the firm of Robins, Kaplan, Miller & Ciresi L.L.P., which maintains an office at 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-2015, be and hereby is granted admission to appear *pro hac vice* in this proceeding.

_____
United States District Court Judge