UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES REUTERS BUSINESS       :
INTERACTIVE, LLC, d/b/a FACTIVA  :
                                 :
      Plaintiff,                 :
                                 :
  v.                             :  Civil Action No. 06-1015 (JR)
                                 :
ABLAISE LTD., *et al.*,          :
                                 :
      Defendants.                :

### ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Kelly L. Olmstead [51], it is

**ORDERED** that leave to appear *pro hac vice* will be granted only upon condition that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                      JAMES ROBERTSON
                         United States District Judge