```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DOW JONES REUTERS BUSINESS             :
INTERACTIVE, LLC, d/b/a FACTIVA        :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :   Civil Action No. 06-1015 (JR)
                                       :
ABLAISE LTD., *et al.*,                :
                                       :
        Defendants.                    :

### ORDER

Upon consideration of defendants' motion for the *pro hac vice* appearance of Diane L. Simerson [56], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                                       JAMES ROBERTSON
                                       United States District Judge