UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC d/b/a FACTIVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER SEALING OPPOSITION AND DECLARATION

Upon consideration of Dow Jones' Motion to File its Opposition to Defendants' Motion to Compel Discovery and Supporting Declaration of Sharon L. Davis, Esq. Under Seal, it is on this ____ day of April, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and (1) Dow Jones' Opposition to Defendants' Motion to Compel Discovery and (2) the Declaration of Sharon L. Davis, Esq. are hereby sealed.

_____
James Robertson
United States District Court Judge