UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC d/b/a FACTIVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER SEALING MOTION AND DECLARATION

Upon consideration of Dow Jones' Motion to File its Motion to Compel Production of Documents Based on Waiver of Attorney-Client Privilege and Supporting Declaration of Sharon L. Davis, Esq., it is on this ____ day of June, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and (1) Dow Jones' Motion to Compel Production of Documents Based on Waiver of Attorney-Client Privilege and (2) the Declaration of Sharon L. Davis, Esq. are hereby sealed.

_____
James Robertson
United States District Court Judge