# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br> Business Interactive, LLC d/b/a Factiva, <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

## DEFENDANTS' MOTION TO FILE OPPOSITION MEMORANDUM AND DECLARATION TO PLAINTIFFS' MOTION TO COMPEL UNDER SEAL

Defendants, Ablaise Ltd. and GIIA, respectfully request that the Court seal their opposition memorandum and corresponding declaration of Patrick M. Arenz to Plaintiffs' Motion to Compel Documents. The motion papers contain material designated by the Defendants as "Confidential" under the Protective Order, entered by this Court on November 27, 2007. The Protective Order requires documents to be filed under seal that contain Confidential information. Consistent with the Protective Order and the Local Rules of this Court, Defendants file this motion to request leave to file their opposition memorandum and declaration under seal. Plaintiffs do not oppose this request.

80145344.1

| | |
|---|---|
| DATED:  June 17, 2008 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |

        By: s/ Patrick M. Arenz _____
            Ronald J. Schutz
            Jake M. Holdreith
            Cyrus A. Morton
            Seth A. Northrop

            2800 LaSalle Plaza
            800 LaSalle Avenue
            Minneapolis, MN 55402-2015
            612-349-8500

        **COCHRAN & OWEN LLC**

        By: s/ Ben Selan _____
            Amy Owen #411601
            Ben Selan #495232

            8000 Towers Crescent Drive, Suite 160
            Vienna, VA 22182
            703-847-4480

        **ATTORNEYS FOR DEFENDANTS**
        **ABLAISE LTD. AND**
        **GENERAL INVENTORS INSTITUTE A, INC.**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that copies of the foregoing Defendants' Motion to File Opposition Memorandum and Declaration to Plaintiffs' Motion to Compel Under Seal and [Proposed] Order were electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following on this 17th day of June, 2008, unless otherwise noted:

     _s/ Patrick M. Arenz_____
     Patrick M. Arenz
     pmarenz@rkmc.com
     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
     2800 LaSalle Plaza
     800 LaSalle Avenue
     Minneapolis, MN 55402
     Ph: (612) 349-8500
     Fx: (612) 339-4181
     *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of June, 2008, I have caused to be served true and correct copies of the following documents:

- DEFENDANTS' MOTION TO FILE OPPOSITION MEMORANDUM AND DECLARATION TO PLAINTIFFS' MOTION TO COMPEL UNDER SEAL; AND

- [PROPOSED] ORDER

on the following in the manner indicated below:

Oliver L. Edwards, Esq.  
Rothwell, Figg, Ernst & Manbeck, P.C.  
1425 K Street NW, Suite 800  
Washington, DC 20005

*Attorney for Plaintiffs*  
Dow Jones  
(via U.S. mail)

s/ Patrick M. Arenz  
Patrick M. Arenz

80151982.1