# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants. | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br> Business Interactive, LLC d/b/a Factiva, <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants. | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

**CONSENT MOTION TO ENTER STIPULATED ORDER**

Ablaise and Dow Jones respectfully move for entry of the attached [Proposed] Stipulated Order memorializing this Court's oral ruling on a disputed motion in these related matters.

Respectfully Submitted,

By

/s Sharon Davis
Steven Lieberman (439783)
Brian Rosenbloom (461413)
Sharon Davis (439223)
Oliver Edwards (975833)
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW, Suite 800
Washington, DC 20005
(202) 783 6040

*Attorneys for Plaintiffs*
*Dow Jones, Inc. and*
*Dow Jones Reuters Business Interactive*

By

/s Patrick M. Arenz
Ronald J. Schutz
Jake H. Holdreith
Cyrus A. Morton
Patrick M. Arenz
ROBINS, KAPLAN, MILLER, & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

and

/s Ben Selan
Amy S. Owen, Esq. #411601
Ben Selan, Esq. #495232
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Ph: (703) 847-4480

*Attorneys for Defendants Ablaise Ltd. and*
*General Inventions Institute A, Inc.*