IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>　　　　　Plaintiff,<br>　　v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>　　　　　Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>　　　　　Plaintiff.<br>　　v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.<br><br>　　　　　Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

### DECLARATION OF PATRICK M. ARENZ

**Patrick M. Arenz** declares as follows:

1. I am a member of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. and admitted to practice *pro hac vice* before this Court. I am counsel for Defendants Ablaise Ltd. and General Inventions Institute A, Inc. ("Ablaise") in these actions. I submit this declaration to put before this Court certain facts relevant to Ablaise's motion to dismiss the '530 patent.

2. Attached as Exhibit A is a true and correct copy of correspondence from Cyrus A. Morton to Steven Lieberman, dated July 2, 2008.

3. Attached as Exhibit B is a true and correct copy of correspondence from Cyrus A. Morton to Steven Lieberman, dated July 11, 2008.

80266385.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 21, 2008

_____
Patrick M. Arenz