**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Cyrus A. Morton
612-349-8722

July 2, 2008

*Via E-Mail & U.S. Mail*

Steven Lieberman, Esq.
Rothwell, Figg, Ernst & Manbeck, P.C.
1425 K Street NW
Suite 800
Washington, DC 20005

    Re:   *Dow Jones Co., Inc. v. Ablaise Ltd., et al.*
           Civil Action Nos.: 1:06-CV-01014
           *Dow Jones Reuters Business Interactive, LLC d/b/a Factiva v. Ablaise, Ltd., et al.*
           Civil Action Nos.: 1:06-CV-01015
           Our File No.: 124258.0004

Dear Mr. Lieberman:

    As you know, you have sought a declaratory judgment on behalf of your clients regarding U.S. Patent Nos. 6,961,737 and 6,295,530, and Ablaise filed compulsory counterclaims. Following discovery and during preparation for expert reports on infringement and damages, Ablaise has determined that it will not be asserting any infringement of the '530 patent in this lawsuit. We will supplement our interrogatory responses accordingly, but I wanted to bring this matter to your attention as soon as possible, and in advance of the deadline for expert reports. Please call me with any questions.

                          Sincerely,

                          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                          Cyrus A. Morton
                          Of Counsel

CAM/mmt

EXHIBIT A