IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>    Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>    Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>    Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

### [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Ablaise's motion to dismiss Plaintiff's claims relating to the '530 patent **IS GRANTED**.

Dated this ___ day of July, 2008.

                          _____
                          The Honorable James Robertson