# EXHIBIT 4

Case 1:06-cv-01015-JR     Document 76-6     Filed 08/11/2008     Page 1 of 4



ROTHWELL, FIGG, ERNST & MANBECK, P.C.

1425 K Street, N.W.
Suite 800
Washington, D.C. 20005

Telephone 202-783-6040
Facsimile 202-783-6031
www.rfem.com
info@rfem.com

G. Franklin Rothwell
E. Anthony Figg
Barbara G. Ernst
Harry F. Manbeck, Jr.
George R. Repper
Steven Lieberman
Joseph A. Hynds
Richard Wydeven
Martin M. Zoltick
Minaksi Bhatt
Sharon L. Davis
Robert B. Murray
Jeffrey L. Ihnen
Glenn E. Karta
Martha Cassidy, Ph.D.
Brian S. Rosenbloom
Jason M. Shapiro
Anne M. Sterba
Brian A. Tollefson

Lisa N. Phillips
C. Nichole Gifford
Patrick T. Skacel
Monica C. Kitts
Joo Mee Kim
R. Elizabeth Brenner-Leifer
Daniel L. Shores
Joseph E. Green
John A. Evans, Ph.D.
Oliver L. Edwards
David B. Orange
John H. Curry
Ryan P. Wallace
Carolyn L. Greene
Julia A. Kim
Raquel E. Ronisky*
Jenny L. Workman

Of Counsel
Brian E. Banner
Nancy J. Linck, Ph.D.

*Not admitted in D.C.
Practice limited to trademark
and copyright matters and
cases in federal courts.

July 8, 2008

*Via E-Mail*

Cyrus A. Morton, Esq.
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

  Re: Dow Jones & Company v. Ablaise, et al.
     Dow Jones Reuters Business Interactive, LLC v. Ablaise, et al.
     Our Reference No.: 3387-102

Dear Cy:

  Thank you for your letter of July 2 advising that Ablaise has determined that it will not be asserting any infringement of the '530 patent in the above-referenced actions. So that that this issue is finally put to bed, I attach a Covenant Not to Sue with respect to the '530 patent and ask that you execute this document and return it to us in advance of the deadline for service of initial expert reports.

           Very truly yours,

           Steven Lieberman

SL:dob
Enclosure
cc: Patrick Arenz, Esq.
   Jake Holdreith, Esq.
   Sharon Davis, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS<br>INTERACTIVE, LLC d/b/a FACTIVA,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## COVENANT NOT TO SUE

Ablaise, Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA") own all rights, title and interest in and to U.S. Patent No. 6,295,530 ("the '530 patent").

Ablaise, on behalf of itself and any successors-in-interest to the '530 patent, hereby releases and unconditionally convenants not to sue Dow Jones & Company, Inc., or any of its affiliates, including but not limited to Dow Jones Reuters Business Interactive, LLC d/b/a

Factiva and News Corporation ("Dow Jones"), for infringement of the '530 patent based on Dow Jones' manufacture, importation, use, sale and/or offer for sale of products or use of methods.

GIIA, on behalf of itself and any successors-in-interest to the '530 patent, hereby releases and unconditionally convenants not to sue Dow Jones for infringement of the '530 patent based on Dow Jones' manufacture, importation, use, sale and/or offer for sale of products or use of methods

ABLAISE LTD.

By: _____

Title: _____

Date: _____

GENERAL INVENTIONS INSTITUTE A, INC.

By: _____

Title: _____

Date: _____