UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS<br>INTERACTIVE, LLC d/b/a FACTIVA,<br><br>   Plaintiff,<br><br> v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER SEALING EXHIBIT NOS. 2 and 5

Upon consideration of the Motion for Leave to File Exhibit Nos. 2 and 5 attached to the Declaration of Sharon L. Davis, Esq. in Support of Opposition of Plaintiffs Dow Jones Company' Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva to Defendant Ablaise, Ltd.'s Motion to Dismiss the '530 Patent, it is this ____ day of August, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and Exhibit Nos. 2 and 5 attached to the Declaration of Sharon L. Davis, Esq. are hereby sealed.

_____
James Robertson
United States District Court Judge