UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br> ) | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS )<br>INTERACTIVE, LLC d/b/a FACTIVA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ABLAISE LTD. )<br>and )<br>GENERAL INVENTIONS )<br>INSTITUTE A, INC. )<br>)<br>Defendants. )<br> ) | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

### [PROPOSED] ORDER SEALING MOTION AND DECLARATION

Upon consideration of Dow Jones' Motion to File its Motion to Compel Production of Documents and Supporting Declaration of David B. Orange, Esq. Under Seal, it is on this ____ day of August, 2008 hereby

**ORDERED** that the Motion is **GRANTED** and (1) Dow Jones' Motion to Compel Production of Documents and (2) the Declaration of David B. Orange, Esq. are hereby sealed.

_____
James Robertson
United States District Court Judge