CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of August, 2008, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

Steven Lieberman, Esq.  
Rothwell, Figg, Ernst & Manbeck, P.C.  
1425 K Street NW, Suite 800  
Washington, DC 20005  

*Attorney for Plaintiffs*  
Dow Jones

Amy S. Owen, Esq.  
Cochran & Owen, LLC  
8000 Towers Crescent Drive, Suite 160  
Vienna, VA 22182  

*Attorney for Defendants*  
Ablaise and GIIA

s/ Patrick M. Arenz  
Patrick M. Arenz

80322527.1