## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc., <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01014 <br><br> Judge James Robertson |
| Dow Jones Reuters <br> Business Interactive, LLC d/b/a Factiva, <br><br> Plaintiff, <br><br> v. <br> Ablaise Ltd. <br> and <br> General Inventions Institute A, Inc., <br><br> Defendants | Civil Action No. 1:06-CV-01015 <br><br> Judge James Robertson |

## DEFENDANTS' MOTION TO FILE OPPOSITION AND CORRESPONDING DECLARATION UNDER SEAL

Defendants, Ablaise and GIIA, respectfully request that the Court seal Defendants' opposition memorandum and corresponding declaration and exhibits to Plaintiffs' Motion to Compel. The motion papers contain material designated by the Defendants as "Confidential" under the Protective Order, entered by this Court on November 27, 2007. The Protective Order requires documents to be filed under seal that contain Confidential information. Consistent with the Protective Order and the Local Rules of this Court, Defendants file this motion to request leave to file their opposition memorandum and declaration under seal. Plaintiffs do not oppose this request.

80145344.1

DATED: August 22, 2008

        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Patrick M. Arenz_____
    Ronald J. Schutz
    Jake M. Holdreith
    Cyrus A. Morton
    Seth A. Northrop

    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402-2015
    Tel: 612-349-8500
    Fax: 612-339-4181

**COCHRAN & OWEN LLC**

By: s/ Ben Selan _____
    Amy Owen #411601
    Ben Selan #495232

    8000 Towers Crescent Drive, Suite 160
    Vienna, VA 22182
    703-847-4480

**ATTORNEYS FOR DEFENDANTS**
**ABLAISE LTD. AND**
**GENERAL INVENTORS INSTITUTE A, INC.**