UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DOW JONES & COMPANY, INC.,

Plaintiff,

v.

ABLAISE LTD.
and
GENERAL INVENTIONS
INSTITUTE A, INC.

Defendants.

Civil Action No. 1:06-CV-01014

Judge James Robertson

DOW JONES REUTERS BUSINESS INTERACTIVE, LLC d/b/a FACTIVA,

Plaintiff,

v.

ABLAISE LTD.
and
GENERAL INVENTIONS
INSTITUTE A, INC.

Defendants.

Civil Action No. 1:06-CV-01015

Judge James Robertson

**CONSENT MOTION TO ENTER STIPULATED ORDER**

Plaintiffs Dow Jones & Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a Factiva (collectively "Dow Jones") and Defendants Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") respectfully move for entry of the attached [Proposed] Stipulated Order memorializing the Court's oral rulings on disputed motions in these related matters.

Respectfully submitted,

By:

/s/ Sharon L. Davis

Steven Lieberman (439783)
Sharon L. Davis (439223)
Brian Rosenbloom (461413)
Oliver Edwards (975833)
David Orange (974817)
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Plaintiffs,*
*Dow Jones & Company, Inc. and*
*Dow Jones Reuters Business Interactive,*
*LLC, d/b/a Factiva*

By:

/s/ Patrick M. Arenz

Ronald M. Schultz
Jake H. Holdreith
Cyrus A. Morton
Patrick M. Arenz
Robins, Kaplan, Miller & Ciresi, LLP
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: (612) 349-8500
Fax: (612) 349-4181

and

/s/ Ben Selan

Amy S. Owen (411601)
Ben Selan (495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

*Attorneys for Defendants, Ablaise Ltd.*
*and General Inventions Institute, A, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify, that on this 27th day of August, 2008, I electronically filed with the Clerk of the Court a CONSENT MOTION TO ENTER STIPULATED ORDER and a [PROPOSED] STIPULATED ORDER using the CM/ECF system and have served all parties in the manner described below to the following:

Amy S. Owen, Esq. (Electronic Notification)
COCHRAN & OWEN, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

Patrick M. Arenz (Electronic Notification)
Jake Holdreith (Electronic Notification)
Cyrus A. Morton (Electronic Notification)
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

/s/
Sharon L. Davis