UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOW JONES & COMPANY, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| DOW JONES REUTERS BUSINESS<br>INTERACTIVE, LLC d/b/a FACTIVA,<br><br>   Plaintiff,<br><br> v.<br><br>ABLAISE LTD.<br>and<br>GENERAL INVENTIONS<br>INSTITUTE A, INC.<br><br>   Defendants. | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] STIPULATED ORDER

This matter has come before this Court to address disputes over the scope of this case and related discovery requests. Based on the representations of both parties,

**IT IS HEREBY ORDERED** that Defendants' requests to compel discovery related to and that it be allowed to assert patent infringement upon:

- The Factiva Newsletter Feature;
- The Factiva Publisher Feature;
- The WSJ.com and Barrons.com Copy Flow System;
- The WSJ.com Blog Feature;
- The WSJ.com and Barrons.com AdZone Feature;

- The MarketWatch Community Features;
- The MarketWatch Copy Flow and WAT systems; and
- The Portfolio licensed by MarketWatch licensing services and/or Dow Jones licensing services

are **DENIED**. Although it is denying this discovery and precluding these infringements in this lawsuit, the Court expressly takes no position at this time regarding whether these infringements may be raised in a future lawsuit.

By:

/s/ Sharon L. Davis
Steven Lieberman (439783)
Sharon L. Davis (439223)
Brian Rosenbloom (461413)
Oliver Edwards (975833)
David Orange (974817)
Rothwell, Figg, Ernst & Manbeck
1425 K Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 783-6040
Fax: (202) 783-6031

*Attorneys for Plaintiffs,
Dow Jones & Company, Inc. and
Dow Jones Reuters Business Interactive,
LLC, d/b/a Factiva*

By:

/s/ Patrick M. Arenz
Ronald M. Schultz
Jake H. Holdreith
Cyrus A. Morton
Patrick M. Arenz
Robins, Kaplan, Miller & Ciresi, LLP
2800 La Salle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: (612) 349-8500
Fax: (612) 349-4181

and

/s/ Ben Selan
Amy S. Owen (411601)
Ben Selan (495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Tel: (703) 847-4480
Fax: (703) 847-4499

*Attorneys for Defendants, Ablaise Ltd.
and General Inventions Institute, A, Inc.*

**IT IS SO STIPULATED AND ORDERED.**

Dated: _____

_____
The Honorable James Robertson
Judge, United States District Court

2