# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>   Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>   Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>   Plaintiff,<br><br>  v.<br><br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>   Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## NOTICE OF WITHDRAWAL OF ERIC S. JACKSON

  Robins, Kaplan, Miller & Ciresi L.L.P., on behalf of Eric S. Jackson, requests that the court permit Mr. Jackson to withdraw as counsel for Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") in Case Nos. 1:06-cv-01014-JR and 1:06-cv-01015-JR. Mr. Jackson is no longer with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and has requested and consented to this withdrawal. Robins, Kaplan, Miller & Ciresi L.L.P. and Cochran & Owen, LLC will continue to represent Ablaise.

80334441.1

DATED: September 3, 2008

      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: s/ Patrick M. Arenz_____
    Ronald J. Schutz
    Jake M. Holdreith
    Cyrus A. Morton
    Patrick M. Arenz

    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402-2015
    Tel: 612-349-8500
    Fax: 612-339-4181

**COCHRAN & OWEN LLC**

By: s/ Ben Selan _____
    Amy Owen #411601
    Ben Selan #495232

    8000 Towers Crescent Drive, Suite 160
    Vienna, VA 22182
    703-847-4480

**ATTORNEYS FOR DEFENDANTS**
**ABLAISE LTD. AND**
**GENERAL INVENTORS INSTITUTE A, INC.**