## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dow Jones & Company, Inc.,<br><br>      Plaintiff,<br><br>    v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>     Defendants | Civil Action No. 1:06-CV-01014<br><br>Judge James Robertson |
| Dow Jones Reuters<br>Business Interactive, LLC d/b/a Factiva,<br><br>      Plaintiff,<br><br>    v.<br>Ablaise Ltd.<br>and<br>General Inventions Institute A, Inc.,<br><br>     Defendants | Civil Action No. 1:06-CV-01015<br><br>Judge James Robertson |

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Defendants' motion to file their opposition to Dow Jones' motion to compel out of time is **GRANTED.**

Dated this _____ day of September, 2008.

_____
The Honorable James Robertson